(March 28, 2006)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CYRIL KENDALL, Appellant. [811 NYS2d 657]—

Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered September 16, 2003, convicting defendant, after a jury trial, of grand larceny in the second and third degrees, offering a false instrument for filing in the first degree and criminal possession of a forged instrument in the second degree, and sentencing him to an aggregate term of 11 to 33 years, unanimously affirmed.

The court properly granted the People's *Batson* application (*Batson v Kentucky*, 476 US 79 [1986]; *People v Kern*, 75 NY2d 638 [1990], *cert denied* 498 US 824 [1990]). The record supports the court's finding that the nondiscriminatory reasons provided by defense counsel for the challenges in question were pretextual. This finding is entitled to great deference (*see People v Hernandez*, 75 NY2d 350, 356 [1990], *affd* 500 US 352 [1991]). Defense counsel failed to question these panelists on the subjects purportedly forming the basis for his challenges (*see People v Torres*, 289 AD2d 136, 137 [2001], *lv denied* 97 NY2d 762 [2002]; *People v Robinson*, 226 AD2d 561, 562 [1996], *lv denied* 88 NY2d 884 [1996]), there was evidence of disparate treatment of similarly situated nonwhite jurors (*see People v Sanford*, 297 AD2d 759 [2002], *lv denied* 100 NY2d 565 [2003]), and the proffered reasons were generally without substance.

After the trial court reviewed the People's challenges, it properly denied defense counsel's *Batson* application. The court correctly determined "that the defense has not made out a prima facie case" of racial discrimination in the prosecutor's exercise of peremptory challenges (*see People v Brown*, 97 NY2d 500, 507-508 [2002]).

Defendant's remaining contentions, including his Confrontation Clause argument (*see People v Kello*, 96 NY2d 740, 743-744 [2001]) are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them. Concur—Buckley, P.J., Saxe, Marlow and Williams, JJ.